# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  2:11-cv-01672-PMP-GWF<br><br>**ORDER** |

This matter is before the Court on the Alternative Discovery Plans and Proposed Scheduling Orders (#29) filed December 29, 2011.  Because it appears likely that this case will either be dismissed or substantially reduced by severance, the Court will grant a stay of discovery pending the Court's decision on Defendant's Motion to Dismiss or Sever Plaintiff's Complaint (#8).  Accordingly,

**IT IS ORDERED** that the discovery in this matter is stayed pending the Court's decision on Defendant's Motion to Dismiss or Sever Plaintiff's Complaint (#8), at which time the Court will issue its discovery plan and scheduling order.

DATED this 4th day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge