UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, | ) ) ) ) | |
| Plaintiff, | ) ) | 2:11-CV-01672-PMP-GWF |
| v. | ) ) | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

In light of the Notice of Settlement (Doc. #108),

IT IS ORDERED that Plaintiff Northern Insurance Company of New York's Motion for Partial Summary Judgment (Doc. #77), and Defendant National Fire & Marine Insurance Company's Motion to Dismiss (Doc. #82) are hereby DENIED without prejudice.

DATED: April 23, 2014

_____
PHILIP M. PRO
United States District Judge