# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.  2:11-cv-01672-PMP-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the Notice of Settlement (#126) filed April 23, 2014, wherein Plaintiff advised the Court that a global settlement had been reached, and that the parties were in the process of finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

　　　**IT IS ORDERED** counsel for the parties shall file a status report by **June 30, 2014** advising the Court of the status of the settlement.

　　　DATED this 20th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge