UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FIRE & MARINE INSURANCE COMPANY, <br><br> Defendant. | 2:11-CV-01672-PMP-GWF <br><br><br> ORDER |

The parties to this action have filed a Joint Motion to Vacate Court's July 12, 2013 Interlocutory Order Providing Limited Grant of Partial Summary Judgment (Doc. #121). Therein the parties state that vacature of the Court's prior Order on summary judgment (Doc. #75) is a condition to a global settlement agreement that will result in the dismissal with prejudice of ten cases currently pending between the parties. For the reasons set forth in the joint motion of the parties, the Court finds good cause to grant the relief requested.

IT IS THEREFORE ORDERED that the Joint Motion to Vacate Court's July 12, 2013 Interlocutory Order Providing Limited Grant of Partial Summary Judgment (Doc. #121) is hereby GRANTED, and that this Court's prior Order on summary judgment (Doc. #75) is hereby VACATED.

///

///

///

1        IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss
2 this action on or before October 27, 2014, as previously ordered by this Court (Doc. #120).
3 Failure to do so will result in automatic reinstatement of the Court's prior Order on
4 summary judgment (Doc. #75).

6 DATED: October 6, 2014

_____
PHILIP M. PRO
United States District Judge